IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEANGELO FAVORS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-265-SLP |
| ) | |
| AMY PALUMBO, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 6] (R&R) of United States Magistrate Judge Amanda Maxfield Green. Judge Green recommends dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(b) due to Plaintiff's failure to comply with the Court's order directing him to cure deficiencies in his application to proceed in forma pauperis. Judge Green advised Plaintiff of his right to object to the R&R and directed any objections be filed on or before April 18, 2025. Judge Green further advised Plaintiff that any failure to object would waive Plaintiff's right to appellate review of the factual and legal issues addressed in the R&R.

Upon review, the Court fully concurs with Judge Green's analysis. Moreover, Plaintiff has neither filed an objection nor sought an extension of time in which to do so. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6] is ADOPTED in its entirety. This matter is DISMISSED WITHOUT PREJUDICE to

refiling. A separate Judgment of Dismissal shall be entered contemporaneously with this Order.

    IT IS SO ORDERED this 25th day of April, 2025.

                                          SCOTT L. PALK
                                          UNITED STATES DISTRICT JUDGE